# Exhibit 2

## U.S. Patent No. 7,963,652 ("'652 Patent")

**Exemplary Accused Product**

The following Apple products infringe at least the identified claims below of the '652 Patent: Apple Vision Pro and all configurations of thereof. The infringement chart below is based on the Apple Vision Pro ("Apple Vision Pro"), which is exemplary of the infringement of the '652 Patent.

| Claims | Apple Vision Pro |
|---|---|
| [1pre]. A method for tracking a user's eye gaze at a surface, object, or visual scene, comprising: | The Apple Vision Pro is configured to track a user's eye gaze at a surface, object, or visual scene.<br><br>For example, the Apple Vision Pro is configured to track user's eye gaze via invisible markers illuminated on the cornea.<br><br>content, Apple Vision Pro introduces an entirely new input system controlled by a person's eyes, hands, and voice. Users can browse through apps by simply looking at them, tapping their fingers to select, flicking their wrist to scroll, or using voice to dictate.<br><br>*See* e.g., https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/ |



*See* e.g., https://www.apple.com/apple-vision-pro/

|  | **Responsive, precision eye tracking.** A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them. |
|  | *See* e.g., https://www.apple.com/apple-vision-pro/ <br><br> One of the most impressive parts of the Vision Pro is its eye-tracking system. The high-performance eye-tracking system relies on sophisticated and tiny infrared cameras inside the eyepieces that project invisible light patterns onto each of the wearer's eyes. These infrared cameras rapidly and accurately track where the user is looking, enabling them to control the operating system and the entire user interface through their gaze and hand gestures, which are tracked and analyzed using external cameras on the bottom of the Vision Pro headset. <br><br> *See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/ |
| [1a] providing an imaging device for acquiring images of at least one of the user's eyes; | The Apple Vision Pro provides an imaging device for acquiring images of at least one of the user's eyes. |

| | For example, the Apple Vision Pro provides infrared cameras for imaging the user's cornea.  *See* e.g., https://www.apple.com/apple-vision-pro/ |

<table>
<tr><td></td><td>

**Responsive, precision eye tracking.**

A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them.

*See* e.g., https://www.apple.com/apple-vision-pro/

Apple famously plays its cards close to the chest. However, it does explain that the Vision Pro has two high-resolution main cameras, six world-facing tracking cameras (on the outside of the Vision Pro when it is worn), and four eye-tracking cameras on the inside of the headset. These four internal cameras capture and track the infrared light projected by the 16 IR illuminators.

*See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/

</td></tr>
<tr><td>

[1b] modeling, measuring, estimating, and/or calibrating for the user's head position;

</td><td>

The Apple Vision Pro models, measures, estimates, and/or calibrates for the user's head position.

For example, the Apple Vision Pro precisely tracks user's head position.

</td></tr>
</table>

<table>
<tr><td></td><td>

**A sophisticated sensor array.**

A pair of **high-resolution cameras** transmit over one billion pixels per second to the displays so you can see the world around you clearly. The system also helps deliver **precise head and hand tracking** and **real-time 3D mapping,** all while understanding your hand gestures from a wide range of positions.

*See* e.g., https://www.apple.com/apple-vision-pro/

</td></tr>
<tr><td>

[1c] providing one or more markers associated with the surface, object, or visual scene for producing corresponding glints or reflections in the user's eyes;

</td><td>

The Apple Vision Pro provides one or more markers associated with the surface, object, or visual scene for producing corresponding glints or reflections in the user's eyes.

For example, the Apple Vision Pro provides several invisible to a human eye infrared illumination LED markers.

In addition to creating a breakthrough display and advanced audio experiences, the high-performance eye tracking system in Apple Vision Pro uses high-speed cameras and a ring of LEDs that project invisible light patterns onto the user's eyes for responsive, intuitive input.

*See* e.g., https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/

</td></tr>
</table>

# Responsive, precision eye tracking.

A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them.

*See* e.g., https://www.apple.com/apple-vision-pro/

The Apple Vision Pro also has infrared illuminators on the front of the headset, which provide vital data about the user's surroundings. On the inside, there appear to be at least eight infrared illuminators per eye, for a total of 16 or more. With the three on the front, the total number of infrared lights on the Vision Pro is just under 20.

*See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/

Apple famously plays its cards close to the chest. However, it does explain that the Vision Pro has two high-resolution main cameras, six world-facing tracking cameras (on the outside of the Vision Pro when it is worn), and four eye-tracking cameras on the inside of the headset. These four internal cameras capture and track the infrared light projected by the 16 IR illuminators.

| | |
|---|---|
| | *See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/ |
| [1d] analyzing the images to find said glints or reflections and/or the pupil; and | The Apple Vision Pro analyzes the images to find said glints or reflections and/or the pupil.<br><br>For example, the Apple Vision Pro uses infrared cameras and LED markers to analyze reflected light patterns from the user's cornea.<br><br>In addition to creating a breakthrough display and advanced audio experiences, the high-performance eye tracking system in Apple Vision Pro uses high-speed cameras and a ring of LEDs that project invisible light patterns onto the user's eyes for responsive, intuitive input.<br><br>*See* e.g., https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/ |

## Responsive, precision eye tracking.

A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them.

*See* e.g., https://www.apple.com/apple-vision-pro/

Apple famously plays its cards close to the chest. However, it does explain that the Vision Pro has two high-resolution main cameras, six world-facing tracking cameras (on the outside of the Vision Pro when it is worn), and four eye-tracking cameras on the inside of the headset. These four internal cameras capture and track the infrared light projected by the 16 IR illuminators.

*See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/

| | |
|---|---|
| [1e] determining eye gaze of the user upon a said one or more marker without calibration relative to a said one or more marker, as indicative of the user's eye | The Apple Vision Pro determines eye gaze of the user upon a said one or more marker without calibration relative to a said one or more marker, as indicative of the user's eye gaze at the surface, object, or visual scene. |

| | |
|---|---|
| gaze at the surface, object, or visual scene. | In addition to creating a breakthrough display and advanced audio experiences, the high-performance eye tracking system in Apple Vision Pro uses high-speed cameras and a ring of LEDs that project invisible light patterns onto the user's eyes for responsive, intuitive input.<br><br>*See* e.g., https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/<br><br>**Responsive, precision eye tracking.**<br><br>A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them.<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/ |