# Exhibit 4

## U.S. Patent No. 10,248,852 ("'852 Patent")

**Exemplary Accused Product**

The following Apple products infringe at least the identified claims below of the '852 Patent: Apple Vision Pro and all configurations of thereof. The infringement chart below is based on the Apple Vision Pro ("Apple Vision Pro"), which is exemplary of the infringement of the '852 Patent.

| Claims | Apple Vision Pro |
|---|---|
| [1pre]. A head mounted display apparatus for recognizing expressions, comprising: | To the extent the preamble is limiting, the Apple Vision Pro is a head mounted display apparatus for recognizing expressions.<br><br>For example, the Apple Vision Pro is designed to recognize facial expressions by detecting and tracking the user's eye gaze direction. |

| Claims | Apple Vision Pro |
|---|---|
|  |  *See* e.g.,  https://www.apple.com/apple-vision-pro |

| Claims | Apple Vision Pro |
|---|---|
| | ## Capture and edit your Persona on Apple Vision Pro

Your Persona is a dynamic, natural representation of your face and hand movements that can be used while you're wearing Apple Vision Pro. You can use your Persona in a FaceTime call, or in another app that uses the Persona Virtual Camera to show your Persona.

After you capture your Persona, EyeSight is personalized to show your eyes to others nearby. See What does EyeSight show?

*See* e.g.,  https://support.apple.com/guide/apple-vision-pro/capture-your-persona-dev934d40a17/visionos

content, Apple Vision Pro introduces an entirely new input system controlled by a person's eyes, hands, and voice. Users can browse through apps by simply looking at them, tapping their fingers to select, flicking their wrist to scroll, or using voice to dictate.

*See* e.g., https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
|  | <br>*See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| | **Responsive, precision eye tracking.**<br><br>A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them.<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/<br><br>One of the most impressive parts of the Vision Pro is its eye-tracking system. The high-performance eye-tracking system relies on sophisticated and tiny infrared cameras inside the eyepieces that project invisible light patterns onto each of the wearer's eyes. These infrared cameras rapidly and accurately track where the user is looking, enabling them to control the operating system and the entire user interface through their gaze and hand gestures, which are tracked and analyzed using external cameras on the bottom of the Vision Pro headset.<br><br>*See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/ |

| Claims | Apple Vision Pro |
|---|---|
| | **Input**       Hands <br><br> Eyes <br><br> Voice <br><br> **Supported Input Accessories** <br><br> Keyboards <br><br> Trackpads and mouse devices[3] <br><br> Game controllers <br><br> **Supported Spatial Accessories** <br><br> Logitech Muse <br><br> PlayStation VR2 Sense controller <br><br> *See* e.g., https://www.apple.com/apple-vision-pro/specs/ |

| Claims | Apple Vision Pro |
|---|---|
| | **Sensors** Two high-resolution main cameras<br><br>Six world-facing tracking cameras<br><br>Four eye-tracking cameras<br><br>TrueDepth camera<br><br>LiDAR Scanner<br><br>Four inertial measurement units (IMUs)<br><br>Flicker sensor<br><br>Ambient light sensor<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/specs/ |
| [1a] a sensing unit including at least one expression detection sensing unit installed inside of the head mounted display apparatus for sensing expression information around eyes in at least one of a contact manner and a non-contact manner; | The Apple Vision Pro provides a sensing unit including at least one expression detection sensing unit installed inside of the head mounted display apparatus for sensing expression information around eyes in at least one of a contact manner and a non-contact manner.<br><br>For example, the Apple Vision Pro includes infrared cameras installed inside the head-mounted display for sensing and tracking the user's eye expressions. |

| Claims | Apple Vision Pro |
|---|---|
| | **Input**<br><br>Hands<br>Eyes<br>Voice<br><br>**Supported Input Accessories**<br>Keyboards<br>Trackpads and mouse devices[3]<br>Game controllers<br><br>**Supported Spatial Accessories**<br>Logitech Muse<br>PlayStation VR2 Sense controller<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/specs/ |

| Claims | Apple Vision Pro |
|---|---|
| | **Sensors**          Two high-resolution main cameras<br><br>Six world-facing tracking cameras<br><br>Four eye-tracking cameras<br><br>TrueDepth camera<br><br>LiDAR Scanner<br><br>Four inertial measurement units (IMUs)<br><br>Flicker sensor<br><br>Ambient light sensor<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/specs/ |

| Claims | Apple Vision Pro |
|---|---|
| | <br>*See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| | **Responsive, precision eye tracking.** <br><br> A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them. <br><br> *See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| |  **EyeSight** lets those nearby know when you're using apps or fully immersed in an experience. When someone approaches, Apple Vision Pro simultaneously lets you see the person and reveals your eyes to them. *See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| |  *See* e.g., https://www.youtube.com/watch?v=RKwUJK3OSYA starting at minute 6:30.<br><br>Apple famously plays its cards close to the chest. However, it does explain that the Vision Pro has two high-resolution main cameras, six world-facing tracking cameras (on the outside of the Vision Pro when it is worn), and four eye-tracking cameras on the inside of the headset. These four internal cameras capture and track the infrared light projected by the 16 IR illuminators. |

| Claims | Apple Vision Pro |
|---|---|
|  | *See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/ |
| [1b] an image acquiring unit installed outside of said head mounted display apparatus for collecting expression information around a mouth; and | The Apple Vision Pro includes an image acquiring unit installed outside of said head mounted display apparatus for collecting expression information around a mouth.<br><br>For example, the Apple Vision Pro includes outward-facing cameras that are used to collect information related to facial expressions around the mouth.<br><br><br><br>*See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|--------|------------------|
| | **A sophisticated sensor array.**<br><br>A pair of **high-resolution cameras** transmit over one billion pixels per second to the displays so you can see the world around you clearly. The system also helps deliver **precise head and hand tracking** and **real-time 3D mapping**, all while understanding your hand gestures from a wide range of positions.<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/<br><br>**FaceTime becomes spatial**: With Apple Vision Pro, FaceTime calls take advantage of the room around the user, with everyone on the call reflected in life-size tiles, as well as Spatial Audio, so it sounds as if participants are speaking right from where they are positioned. Users wearing Vision Pro during a FaceTime call are reflected as a Persona — a digital representation of themselves created using Apple's most advanced machine learning techniques — which reflects face and hand movements in real time. Users can do things together like watch a movie, browse photos, or collaborate on a presentation. |

| Claims | Apple Vision Pro |
|---|---|
| | *See* e.g., https://www.apple.com/newsroom/2023/06/introducing-apple-vision-pro/ <br><br>  <br><br> FaceTime on Apple Vision Pro makes it easy to connect and collaborate. Video tiles are life-size, and Spatial Audio makes it sound as if participants are speaking right from where they are positioned. <br><br> *See* e.g., https://www.apple.com/newsroom/2023/06/introducing-apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| | ## Capture and edit your Persona on Apple Vision Pro<br><br>Your Persona is a dynamic, natural representation of your face and hand movements that can be used while you're wearing Apple Vision Pro. You can use your Persona in a FaceTime call, or in another app that uses the Persona Virtual Camera to show your Persona.<br><br>After you capture your Persona, EyeSight is personalized to show your eyes to others nearby. See What does EyeSight show?<br><br>*See* e.g., https://support.apple.com/guide/apple-vision-pro/capture-your-persona-dev934d40a17/visionos<br><br>If you aren't able to hear the instructions, visuals on the front display also appear to guide you through the process:<br><br>• *Directional arrows:* Slowly turn your head in the indicated direction.<br><br>• *Four rings:* Smile with your mouth closed.<br><br>• *Three rings:* Make a big smile with your teeth showing.<br><br>*See* e.g., https://support.apple.com/guide/apple-vision-pro/capture-your-persona-dev934d40a17/visionos |
| [1c] an acquisition unit for information of expressions for collecting the expression information around the eyes and the | The Apple Vision Pro includes an acquisition unit for information of expressions for collecting the expression information around the eyes and the expression information around the mouth. |

| Claims | Apple Vision Pro |
|---|---|
| expression information around the mouth, | For example, the Apple Vision Pro includes an acquisition unit that combines information gathered from expression data around the eyes and from data collected around the mouth.<br><br>In addition to creating a breakthrough display and advanced audio experiences, the high-performance eye tracking system in Apple Vision Pro uses high-speed cameras and a ring of LEDs that project invisible light patterns onto the user's eyes for responsive, intuitive input.<br><br>*See* e.g., https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/<br><br>**Responsive, precision eye tracking.**<br><br>A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them.<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| |  *See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| | **A sophisticated sensor array.**<br><br>A pair of **high-resolution cameras** transmit over one billion pixels per second to the displays so you can see the world around you clearly. The system also helps deliver **precise head and hand tracking** and **real-time 3D mapping**, all while understanding your hand gestures from a wide range of positions.<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/<br><br>**FaceTime becomes spatial**: With Apple Vision Pro, FaceTime calls take advantage of the room around the user, with everyone on the call reflected in life-size tiles, as well as Spatial Audio, so it sounds as if participants are speaking right from where they are positioned. Users wearing Vision Pro during a FaceTime call are reflected as a Persona — a digital representation of themselves created using Apple's most advanced machine learning techniques — which reflects face and hand movements in real time. Users can do things together like watch a movie, browse photos, or collaborate on a presentation. |

| Claims | Apple Vision Pro |
|---|---|
|  | *See* e.g., https://www.apple.com/newsroom/2023/06/introducing-apple-vision-pro/ <br><br>  <br> FaceTime on Apple Vision Pro makes it easy to connect and collaborate. Video tiles are life-size, and Spatial Audio makes it sound as if participants are speaking right from where they are positioned. <br><br> *See* e.g., https://www.apple.com/newsroom/2023/06/introducing-apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| | # Capture and edit your Persona on Apple Vision Pro<br><br>Your Persona is a dynamic, natural representation of your face and hand movements that can be used while you're wearing Apple Vision Pro. You can use your Persona in a FaceTime call, or in another app that uses the Persona Virtual Camera to show your Persona.<br><br>After you capture your Persona, EyeSight is personalized to show your eyes to others nearby. See What does EyeSight show?<br><br>*See* e.g.,   https://support.apple.com/guide/apple-vision-pro/capture-your-persona-dev934d40a17/visionos<br><br>If you aren't able to hear the instructions, visuals on the front display also appear to guide you through the process:<br><br>• *Directional arrows:* Slowly turn your head in the indicated direction.<br><br>• *Four rings:* Smile with your mouth closed.<br><br>• *Three rings:* Make a big smile with your teeth showing.<br><br>*See* e.g.,   https://support.apple.com/guide/apple-vision-pro/capture-your-persona-dev934d40a17/visionos |

| Claims | Apple Vision Pro |
|---|---|
|  | The Apple Vision Pro also has infrared illuminators on the front of the headset, which provide vital data about the user's surroundings. On the inside, there appear to be at least eight infrared illuminators per eye, for a total of 16 or more. With the three on the front, the total number of infrared lights on the Vision Pro is just under 20.<br><br>*See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/<br><br>Apple famously plays its cards close to the chest. However, it does explain that the Vision Pro has two high-resolution main cameras, six world-facing tracking cameras (on the outside of the Vision Pro when it is worn), and four eye-tracking cameras on the inside of the headset. These four internal cameras capture and track the infrared light projected by the 16 IR illuminators.<br><br>*See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/ |

| Claims | Apple Vision Pro |
| --- | --- |
| | **Sensors** Two high-resolution main cameras<br><br>Six world-facing tracking cameras<br><br>Four eye-tracking cameras<br><br>TrueDepth camera<br><br>LiDAR Scanner<br><br>Four inertial measurement units (IMUs)<br><br>Flicker sensor<br><br>Ambient light sensor<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/specs/ |

| Claims | Apple Vision Pro |
|---|---|
| | <br><br>*See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| | Apple Vision Pro makes a giant leap in chip performance with the new M5. It simultaneously runs visionOS, executes advanced computer vision algorithms, and delivers stunning graphics. And the R1 chip is specifically dedicated to process input from the cameras, sensors, and microphones, streaming images to the displays within 12 milliseconds — for a virtually lag-free, real-time view of the world. With the extra power and efficiency provided by M5, Apple Vision Pro delivers even more incredible spatial experiences.<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/ |
| [1d] wherein the sensing unit measures a reference value of compression and stretching of one object and senses a degree of the compression of the one object or a degree of the stretching of the one object by comparing an infrared intensity value measured for the one object with the reference value, and | The Apple Vision Pro includes a sensing unit configured to measure a reference value of compression and stretching of one object and senses a degree of the compression of the one object or a degree of the stretching of the one object by comparing an infrared intensity value measured for the one object with the reference value.<br><br>For example, Apple Vision Pro measures a baseline reference value during setup and then senses eye expression shapes by capturing reflected information from around the eyes. |

| Claims | Apple Vision Pro |
|---|---|
| |  *See* e.g., https://support.apple.com/guide/apple-vision-pro/get-started-with-apple-vision-pro-tan489cfe222/visionos |

| Claims | Apple Vision Pro |
|---|---|
| | # Redo eye and hand setup on your Apple Vision Pro<br><br>You can redo eye and hand setup at any time. You can also add ZEISS Optical Inserts if you need visual correction. See Use ZEISS Optical Inserts for vision correction with Apple Vision Pro.<br><br>*Note:* If you want to let others use your Apple Vision Pro, turn on Guest User. They'll complete eye and hand setup when they put on the device, and your settings return when they stop using it. See Let others use your Apple Vision Pro.<br><br>*See* e.g., https://support.apple.com/guide/apple-vision-pro/redo-eye-and-hand-setup-tanf67b02683/26/visionos/26<br><br>In addition to creating a breakthrough display and advanced audio experiences, the high-performance eye tracking system in Apple Vision Pro uses high-speed cameras and a ring of LEDs that project invisible light patterns onto the user's eyes for responsive, intuitive input.<br><br>*See* e.g., https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| | **Responsive, precision eye tracking.**<br><br>A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them.<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/<br><br>Apple famously plays its cards close to the chest. However, it does explain that the Vision Pro has two high-resolution main cameras, six world-facing tracking cameras (on the outside of the Vision Pro when it is worn), and four eye-tracking cameras on the inside of the headset. These four internal cameras capture and track the infrared light projected by the 16 IR illuminators.<br><br>*See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/ |
| [1e] wherein the degree of the compression of the one object or the degree of the stretching of the one object is reflected in the expression information around the eyes. | The Apple Vision Pro includes a sensing unit in which the degree of the compression of the one object or the degree of the stretching of the one object is reflected in the expression information around the eyes. |

| Claims | Apple Vision Pro |
| --- | --- |
| | For example, Apple Vision Pro infers eye expressions by comparing information collected from around the eyes with a baseline reference value.<br><br>**Input**<br>Hands<br>Eyes<br>Voice<br><br>**Supported Input Accessories**<br>Keyboards<br>Trackpads and mouse devices[3]<br>Game controllers<br><br>**Supported Spatial Accessories**<br>Logitech Muse<br>PlayStation VR2 Sense controller<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/specs/ |

| Claims | Apple Vision Pro |
|---|---|
|  |  **EyeSight** lets those nearby know when you're using apps or fully immersed in an experience. When someone approaches, Apple Vision Pro simultaneously lets you see the person and reveals your eyes to them. *See* e.g., https://www.apple.com/apple-vision-pro/ |

| Claims | Apple Vision Pro |
|---|---|
| |  *See* e.g., https://www.youtube.com/watch?v=RKwUJK3OSYA starting at minute 6:30. Apple famously plays its cards close to the chest. However, it does explain that the Vision Pro has two high-resolution main cameras, six world-facing tracking cameras (on the outside of the Vision Pro when it is worn), and four eye-tracking cameras on the inside of the headset. These four internal cameras capture and track the infrared light projected by the 16 IR illuminators. |

| Claims | Apple Vision Pro |
|---|---|
|  | *See* e.g., https://petapixel.com/2024/04/01/how-apple-vision-pros-infrared-eye-tracking-technology-works/ <br><br> **Capture and edit your Persona on Apple Vision Pro** <br><br> Your Persona is a dynamic, natural representation of your face and hand movements that can be used while you're wearing Apple Vision Pro. You can use your Persona in a FaceTime call, or in another app that uses the Persona Virtual Camera to show your Persona. <br><br> After you capture your Persona, EyeSight is personalized to show your eyes to others nearby. See What does EyeSight show? <br><br> *See* e.g.,  https://support.apple.com/guide/apple-vision-pro/capture-your-persona-dev934d40a17/visionos <br><br> content, Apple Vision Pro introduces an entirely new input system controlled by a person's eyes, hands, and voice. Users can browse through apps by simply looking at them, tapping their fingers to select, flicking their wrist to scroll, or using voice to dictate. <br><br> *See* e.g., https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/ |

| Claims | Apple Vision Pro |
| --- | --- |
| | In addition to creating a breakthrough display and advanced audio experiences, the high-performance eye tracking system in Apple Vision Pro uses high-speed cameras and a ring of LEDs that project invisible light patterns onto the user's eyes for responsive, intuitive input.<br><br>*See* e.g.,  https://www.apple.com/au/newsroom/2023/06/introducing-apple-vision-pro/<br><br>**Responsive, precision eye tracking.**<br><br>A high-performance eye-tracking system of **LEDs** and **infrared cameras** projects invisible light patterns onto each eye. This advanced system provides ultraprecise input without your needing to hold any controllers, so you can accurately select elements just by looking at them.<br><br>*See* e.g., https://www.apple.com/apple-vision-pro/ |