# Exhibit A

Apple Vision Pro User Guide

Search this guide

Table of Contents ⊕

# Get started with Apple Vision Pro

Discover how to adjust the fit of Apple Vision Pro, complete setup, find apps, and more.



## Get the best fit

For the best experience, make sure your Apple Vision Pro fits comfortably and securely. You can tighten or loosen the head band, and adjust the position of the head band and the device. During long sessions, you can also make minor adjustments to your fit to maximize comfort.

**Adjust the fit of your Apple Vision Pro ›**



## Set up Apple Vision Pro

Apple Vision Pro has an easy setup process to help you get going when you first turn it on. You'll set up eyes and hands, learn basic gestures, capture your Persona, and more. You can redo any steps later in Settings ⚙.

**Turn on and set up Apple Vision Pro ›**