# Exhibit B





**Guest User** makes it easy to give others access to your Apple Vision Pro, choose which apps they can see, and guide them from your iPhone or iPad with View Mirroring. You can also save your most recent guest's eye and hand data, so they can skip their next setup and dive back in.

Navigate visionOS just by looking at apps, buttons, and text fields — and scroll Safari web pages and other apps using only your eyes.

‹    ›

Technology

# Innovation you can see, hear, and feel.