**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| SANDSTONE INNOVATION, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | No. 7:26-CV-00094-ADA <br><br> **JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Sandstone Innovation, LLC and Defendant Apple Inc. hereby provide the following status report.

## SCHEDULE

A scheduling order has not been filed.

A *Markman* hearing has not yet been proposed.

A trial date has not yet been proposed.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on March 13, 2026. ECF No. 1. On March 23, 2026, Defendant filed a Notice of Extension of Deadline to Answer or Otherwise Respond to the Complaint, extending the deadline to May 25, 2026. ECF No. 7. Plaintiff's Amended Complaint was filed on April 27, 2026. ECF No. 9. Following the filing of the Amended Complaint, Defendant filed a Notice of Extension of Deadline to Answer or Otherwise Respond to the Amended Complaint, extending the deadline to June 24, 2026. ECF No. 11.

1

## RESPONSE TO THE COMPLAINT

Defendant's Motion to Dismiss was filed on June 24, 2026. ECF No. 18.

## PENDING MOTIONS

Defendant's Motion to Dismiss Under Rule 12(b)(6) is pending. ECF No. 18. Plaintiff's response is due July 8, 2026.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are currently no related cases in this judicial district.

## IPR, CBM, AND OTHER PGR FILINGS

There are currently no related filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff's Amended Complaint asserts two patents and two claims, one claim from each patent. The asserted patents are U.S. Patent No. 7,963,652 ("the '652 patent") and U.S. Patent No. 10,248,852 ("the '852 patent").

## APPPOINTMENT OF TECHNICAL ADVISOR

Defendant does not request a technical advisor at this time. The Parties defer to the Court on whether to appoint a technical advisor in the case to assist with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The Parties have no pre-*Markman* issues to raise at the CMC.

Dated: July 1, 2026

Respectfully submitted,

*/s/ Steven J. Wingard*
Ranganath Sudarshan
Ashley Winkler
Steven A. Fisher
Christine Smith
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com
awinkler@cov.com
sfisher@cov.com
csmith@cov.com

Michael E. Bowlus
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission St., Ste. 5400
San Francisco, CA 94105
(415) 491-6000
mbowlus@cov.com

Steven J. Wingard
Texas Bar No. 00788694
Robert ("Robby") P. Earle
Texas Bar No. 24124566
Stephen L. Burbank
Texas Bar No. 24106972
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, Texas 78701
T: (512) 495-6300
F: (512) 495-6399
swingard@scottdoug.com
rearle@scottdoug.com
sburbank@scottdoug.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

*/s/Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Joshua Scheufler
TX State Bar No. 24123406
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jscheufler@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
SANDSTONE INNOVATION, LLC**

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on this 1st day of July, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Reza Mirzaie*