# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

SANDSTONE INNOVATION LLC,

      *Plaintiff,*

v.

APPLE INC.,

      *Defendant.*

Case No. 7:26-CV-00094-ADA

## UNOPPOSED NOTICE OF EXTENSION OF DEADLINE FOR SANDSTONE TO RESPOND TO APPLE'S MOTION TO DISMISS

Pursuant to the Court's September 18, 2025 Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff Sandstone Innovations LLC ("Sandstone") respectfully files this notice of extension of time for Sandstone to respond to Defendant Apple Inc.'s ("Apple") Motion to Dismiss (Dkt. 18) filed June 24, 2026. The current deadline to respond is July 8, 2026. The requested one-week extension moves that deadline to July 15, 2026. This is the first extension requested by Sandstone, and Defendants does not oppose the extension. Sandstone certifies that the requested extension does not change the date of any hearing, trial, or other Court date. Nor does it extend any deadline of a final submission that impacts the Court's ability ot hold a scheduled hearing, trial or Court event.

Dated:  July 1, 2026                              Respectfully submitted,


                                                  /s/        *Reza Mirzaie*
                                                  Reza Mirzaie
                                                  CA State Bar No. 246953
                                                  Christian W. Conkle
                                                  CA State Bar No. 306374
                                                  Jonathan Ma
                                                  CA State Bar No. 312773
                                                  Joshua Scheufler
                                                  TX State Bar No. 24123406
                                                  RUSS AUGUST & KABAT
                                                  12424 Wilshire Boulevard, 12th Floor
                                                  Los Angeles, CA 90025
                                                  Telephone: 310-826-7474
                                                  Email: rmirzaie@raklaw.com
                                                  Email: cconkle@raklaw.com
                                                  Email: jma@raklaw.com
                                                  Email : jscheufler@raklaw.com


                                                  **ATTORNEYS FOR PLAINTIFF,
                                                  SANDSTONE INNOVATION, LLC**

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Reza Mirzaie*