**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| SANDSTONE INNOVATION, LLC,<br>*Plaintiff*,<br>v.<br>APPLE INC.,<br>*Defendant*. | No. 7:26-CV-00094-ADA<br>**JURY TRIAL DEMANDED** |

**[PROPOSED] SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| 7/24/26 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.*, the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| 8/31/26 | The parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| 11/5/26 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations Defendant contends are indefinite or lack written description under 35 U.S.C. § 112, |

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| | |
|---|---|
| | and<br>(3) an identification of any claims Defendant contends are directed to ineligible subject matter under 35 U.S.C. § 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| 11/19/26 | Parties exchange claim terms for construction. |
| 12/3/26 | Parties exchange proposed claim constructions. |
| 12/10/26 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| 12/17/26 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 1/21/27 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 2/11/27 | Plaintiff files Responsive claim construction brief. |
| 3/4/27 | Defendant files Reply claim construction brief. |
| 3/25/27 | Plaintiff files a Sur-Reply claim construction brief. |
| 4/1/27 | Parties submit Joint Claim Construction Statement. |
| 4/8/27 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| 4/15/27 | *Markman* hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| 4/20/27 | Fact discovery opens; deadline to serve Initial Disclosures under Federal Rule of Civil Procedure 26(a). |
| 5/18/27 | Deadline to add parties. |
| 6/3/27 | Deadline to serve final infringement and invalidity contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to amend if new information is identified after initial contentions. |
| 10/14/27 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 11/11/27 | Close of Fact Discovery. |
| 12/21/27 | Opening Expert Reports. |

| | |
|---|---|
| 1/27/28 | Rebuttal Expert Reports. |
| 2/24/28 | Close of Expert Discovery. |
| 3/3/28 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within five business days regarding the results of the meet and confer. |
| 3/16/28 | Dispositive motion deadline and *Daubert* motion deadline. |
| 4/6/28 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, deposition designations). |
| 4/20/28 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 4/20/28 | Parties to jointly email the Court to confirm their pretrial conference and trial dates. |
| 4/27/28 | Serve objections to rebuttal disclosures; file motions *in limine.* |
| 5/4/28 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*<br><br>From this date forward, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| 5/16/28 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 5/19/28 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |
| 5/24/28 (or as soon as practicable) | Final Pretrial Conference. Held in person unless otherwise requested. |
| 6/16/28 (or as soon as practicable) | Jury Selection/Trial. |

SIGNED this ____________day of ___________________________, 20____.

____________________________________________

UNITED STATES DISTRICT JUDGE