**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| SANDSTONE INNOVATION, LLC,<br>*Plaintiff*,<br>v.<br>APPLE INC.,<br>*Defendant*. | No. 7:26-CV-00094-ADA<br>**JURY TRIAL DEMANDED**<br>[redacted] |

**DECLARATION OF STEVEN A. FISHER IN SUPPORT OF DEFENDANT APPLE'S OPPOSED MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A)**

I, Steven A. Fisher, declare as follows:

1. I am a United States citizen and am over eighteen years of age. I am an active member in good standing of the bar of the District of Columbia, and I am admitted to practice pro hac vice in the United States District Court for the Western District of Texas in the above-captioned matter. I am an Associate at the law firm of Covington & Burling LLP, counsel of record for Apple Inc. I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereto.

2. I submit this declaration in support of Apple Inc.'s ("Apple") Motion to Transfer Venue under 28 U.S.C. § 1404(a).

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Sandstone Innovation, LLC's ("Sandstone") Disclosure of Asserted Claims and Infringement Contentions, served July 24, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of Apple's Form 10-K for the fiscal year ending September 27, 2025.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Tom Sengelaub, dated August 25, 2026.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Hayden Barsotti, dated August 26, 2025.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Yuri Imoto, dated August 20, 2026.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Declaration of Matt Clements, dated August 24, 2026.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Declaration of Halle Matthews, dated August 24, 2026.

10. Attached hereto as **Exhibit H** is a true and correct copy of Sandstone's Franchise Tax Account Status, retrieved on August 14, 2026.

11. Attached hereto as **Exhibit I** is a true and correct printout of the website for The Offices at Watters Creek, Regus, retrieved from https://www.loopnet.com/Listing/825-Watters-Creek-Blvd-Allen-TX/4426741/, retrieved on August 14, 2026.

12. Attached hereto as **Exhibit J** is a true and correct printout of the website of Regus – Watters Creek in Allen, Texas, https://www.regus.com/en/us/1415, retrieved on August 14, 2026.

13. Attached hereto as **Exhibit K** is a true and correct printout of the Bizapedia website https://www.bizapedia.com/addresses/825-watters-creek-blvd-suite-250-allen-tx-75013.html, retrieved on August 14, 2026.

14. Attached hereto as **Exhibit L** is a true and correct copy of the Franchise Tax Account Status for Granite IP, LLC, dated August 14, 2026.

15. Attached hereto as **Exhibit M** is a true and correct printout of the website of Bedrock IP, https://bedrock-ip.com, retrieved on August 14, 2026.

16. Attached hereto as **Exhibit N** is a true and correct copy of the patent assignment record at Reel 024266, Frame 0314 from Daniel Chen, Roel Vertegaal, Changuk Sohn, Victor MacFarlane and Jeffrey S. Shell to Queen's University at Kingston.

17. Attached hereto as **Exhibit O** is a true and correct copy of the patent assignment record at Reel 031797, Frame 0352 from Queen's University at Kingston to Northwater Capital Inc.

18. Attached hereto as **Exhibit P** is a true and correct copy of the patent assignment record at Reel 051241, Frame 0603 from Queen's University at Kingston to Roell Vertegaal, Changuk Sohn, Daniel Cheng, and Jeffrey S. Shell.

19. Attached hereto as **Exhibit Q** is a true and correct copy of the patent assignment record at Reel 067561, Frame 0034 from Roel Vertegaal to HumanMediaLab Incorporated.

20. Attached hereto as **Exhibit R** is a true and correct copy of the patent assignment record at Reel 068274, Frame 0480 from Roel Vertegaal to HumanMediaLab Incorporated.

21. Attached hereto as **Exhibit S** is a true and correct copy of the patent assignment record at Reel 069297, Frame 0097 from HumanMediaLab, Inc., Roel Vertegaal, Changuk Sohn, Daniel Cheng, and Jeffrey Shell to Sandstone Innovations, LLC.

22. Attached hereto as **Exhibit T** is a true and correct copy of the LinkedIn Resume of Roel Vertegaal, retrieved from LinkedIn.com on August 14, 2026.

23. Attached hereto as **Exhibit U** is a true and correct copy of the Utility Patent Application Transmittal Form for U.S. Patent Application No. 11/255,174.

24. Attached hereto as **Exhibit V** is a true and correct copy of the patent assignment record at Reel 043678, Frame 0220 from Shiho Kim and Jaekwang Cha to Industry-Academic Cooperation Foundation, Yonsei University.

25. Attached hereto as **Exhibit W** is a true and correct copy of the U.S. Patent and Trademark Office Assignment History for U.S. Patent No. 10,248,852, from the U.S. Patent and Trademark Office website, retrieved on August 14, 2026.

26. Attached hereto as **Exhibit X** is a true and correct copy of the Filing Receipt of U.S. Patent Application No. 15,686,561, dated September 1, 2017.

27. Attached hereto as **Exhibit Y** is a true and correct copy of the publication "SUITOR: An Attentive Information System" by Paul P. Maglio, Rob Barret, Christopher S. Campbell, and Ted Selker with a copyright of 2000.

28. Attached hereto as **Exhibit Z** is a true and correct copy of U.S. Patent No. 10,217,286.

29. Attached hereto as **Exhibit AA** is a true and correct copy of U.S. Patent No. 10,430,988.

30. Attached hereto as **Exhibit BB** is a true and correct copy of U.S. Patent Application Publication No. 2004/0170304 A1.

31. Attached hereto as **Exhibit CC** is a true and correct copy of U.S. Patent Application Publication No. 2013/0257709 A1.

32. Attached hereto as **Exhibit DD** is a true and correct copy of U.S. Patent No. 6,393,136.

33. Attached hereto as **Exhibit EE** is a true and correct copy of U.S. Patent No. 6,577,329.

34. Attached hereto as **Exhibit FF** is a true and correct copy of U.S. Patent No. 6,608,615.

35. Attached hereto as **Exhibit GG** is a true and correct copy of U.S. Patent No. 10,248,852.

36. Attached hereto as **Exhibit HH** is a true and correct copy of U.S. Patent No. 7,963,652.

37. Attached hereto as **Exhibit II** is a true and correct printout from the website Google Maps, which depicts the driving distance and driving time between Apple's campus and the Western District of Texas's Midland/Odessa courthouse.

38. Attached hereto as **Exhibit JJ** is a true and correct printout from the Midland International Air & Space Port website depicting the commercial airlines that service the Midland International Air & Space Port and destinations for direct flights, which do not include California airports.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 26, 2026 in Washington, D.C.

Respectfully submitted,

/s/ *Steven A. Fisher*

Steven A. Fisher

Steven A. Fisher (D.C. Bar No. 90007338)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Email: sfisher@cov.com